UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HOLSTER, ANGELA HOLSTER, ANDREW CROSS and CHARLES PATE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MII LIQUDATION, INC. f.k.a. METABOLIFE INTERNATIONAL, INC., THE CHEMINS COMPANY, INC and THE EMERALD BEACH TAN CLUB & BOUTIQUE, INC.,<br><br>　　　　　Defendants. | CASE NO. 07 CV 00150 BTM (JMA)<br><br>**ORDER RE: JOINT MOTION TO DISMISS DUE TO DUPLICATIVE ERROR** |

　　Having reviewed the parties' "Joint Motion to Dismiss due to Duplicative Error," and good cause appearing therefore, the Court GRANTS the joint motion and DISMISSES the action in its entirety without prejudice.

**IT IS SO ORDERED.**

DATED: May 2, 2007

　　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*
　　　　　　　　　　　　　　　　　　　　Hon. Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　United States District Judge